(July 22, 1975)

■ ELIZABETH GEPHART, Respondent, v ROBERT GEPHART, Appellant.—
On this appeal from an order of the Supreme Court, Dutchess County, dated
May 5, 1975, which granted plaintiff's motion for temporary alimony, etc.,
the respective attorneys for the parties have agreed, by stipulation dated
July 14, 1975, and made at a conference in this court before Mr. Justice
Gittleson on said date, that the order be modified in a specific manner. In
accordance with the foregoing, the order is modified by deleting therefrom
the first and second decretal paragraphs and substituting therefor a direc-
tion that defendant Robert Gephart pay to plaintiff Elizabeth Gephart, the
sum of $140 per week, commencing July 14, 1975, as and for (1) temporary
alimony and child support and (2) mortgage interest and amortization, real
property taxes, insurance and fuel and utility costs for the marital home. As
so modified, order affirmed, without costs. Gulotta, P. J., Hopkins, Latham,
Cohalan and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON
SCOTT, JR., Appellant.—Appeal by defendant, as limited by his motion, from
a sentence of the Supreme Court, Kings County, imposed May 18, 1973,
convicting him of criminal possession of stolen property in the second
degree, upon his plea of guilty, and imposing a sentence, which included a
fine in the amount of $2,500. Sentence modified, on the law, by reducing the
fine to $1,940, the balance of the fine is ordered remitted. As so modified,
sentence affirmed. We have reduced the fine to an amount equal to double
the amount of defendant's gain from the commission of the crime (Penal
Law, § 80.00, subd 2). Gulotta, P. J., Hopkins, Munder and Brennan, JJ.,
concur.

(July 23, 1975)

■ NORMAN KING, Appellant, v HAROLD KING, Defendant and Third-
Party Plaintiff-Respondent. ALEXANDER S. MOSER et al., Copartners, Practic-
ing Law under the Name of MOSER, HENKIN & WINTER, Third-Party Defend-
ants-Appellants. (Action No. 1) NORMAN KING et al., Appellants, v IRVING
LEVINE, Respondent. (Action No. 2)—On the court's own motion, its decision
and order, both dated July 14, 1975, are withdrawn and vacated and the
following decision is rendered in place thereof: "Order of the Supreme
Court, Nassau County, dated November 22, 1974, and the judgment of the
same court, entered thereon on November 27, 1974, affirmed, without costs.
No opinion. Order of the same court, dated February 5, 1975, which denied
the motions of appellants in Actions No. 1 and No. 2 for summary judg-
ment, reversed, on the law, without costs, and the counterclaims and third-
party complaint which were the subject of the said motions, are dismissed.
The counterclaims and third-party complaint failed to state a cause of
action." Hopkins, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ.,
concur.